# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Philips Medical Systems (Cleveland), Inc., et al.

                          Plaintiff,

v.                                       Case No.: 1:19−cv−02648
                                                 Honorable Marvin E. Aspen

Sherman Jen, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: Plaintiffs' response to the motions to withdraw as attorney [396] and [397] are due by 4/12/2022; defendants' replies by 4/27/2022. The status hearing set for 5/12/2022 is stricken and reset to 5/19/2022 at 10:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.