**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Philips Medical Systems (Cleveland), Inc., et al.

                              Plaintiff,

v.                                      Case No.: 1:19–cv–02648

                                      Honorable Marvin E. Aspen

Sherman Jen, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

       MINUTE entry before the Honorable Young B. Kim: Kunshan Defendants' objections to Plaintiffs' Requests for Production of Documents ("RPD") Nos. 152, 153, 156, 157, 160, 161, 163, 166–75, 178–82, 185–88, 196, 197, 199, and 202–04 are sustained in part and overruled in part. Enter Order. Defendants are ordered to produce the documents they agreed to produce in response to RPD Nos. 184, 192, 201, 205, and 206, and documents responsive to RPD Nos. 152, 153, 156, 157, 163, 170, 171, 173, 178–82, 185–88, 196, 197, 202, and 203 as ordered herein. Kunshan Defendants are ordered to comply with this order by April 11, 2022. The court will impose monetary sanctions if Kunshan Defendants fail to comply with this court's orders without good cause. If Kunshan Defendants refuse to comply with this court's discovery orders, (see R. 397 at 2), this court will report and recommend to the assigned District Judge to enter default judgment against them and in favor of Plaintiffs. All fact discovery must be completed by July 1, 2022. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.